IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SUZANNE HOFFMAN,

        Plaintiff,

v.

COMPASSUS,

        Defendant.

CIVIL ACTION
NO. 18-0776

## **ORDER**

**AND NOW**, this 22nd day of April 2019, upon consideration of Defendant's Motion to Compel Arbitration and Stay Proceedings (Doc. No. 12), Plaintiff's Response in Opposition (Doc. No. 13), Defendant's Reply in Further Support of the Motion (Doc. No. 14), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** as follows:

1. Defendants' Motion to Compel Arbitration (Doc. No. 12) is **GRANTED**.
2. The parties shall proceed to arbitration in accordance with the terms of the Arbitration Agreement in the Dispute Resolution Policy.
3. Counsel for the parties shall report to the Court in writing every sixty (60) days on the status of the arbitration.
4. Plaintiff shall file with the Court proof that the arbitration proceeding was instituted as soon as this action is taken. If the arbitration proceeding is not instituted within 60 days from the date of this Order, the Court will dismiss this case.
5. The Clerk of Court shall place this case in **SUSPENSE** pending completion of arbitration.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.