# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| SUZANNE HOFFMAN | : | |
| --- | --- | --- |
| Plaintiff, | : | CIVIL ACTION |
| v. | : | |
| | : | No. 18-00776 |
| COMPASSUS | : | |
| Defendants | : | |

## STIPULATION

Plaintiff, Suzanne Hoffman ("Plaintiff") and Defendant, Compassus, by and through their undersigned attorneys, hereby stipulate and agree to dismiss the above captioned matter with prejudice and all parties bearing their own costs.


s/ Graham F. Baird
Graham F. Baird, Esquire
Law Office of Eric A. Shore, P.C.
Attorney for Plaintiff, Suzanne Hoffman

s/ Paul C. Lantis
Paul C. Lantis, Esq.
Littler Mendelson, P.C.
Attorneys for Defendant


**BY THE COURT:**

_____
, U.S.D.J.